THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DAVID HYMAN and HAROLD BRINN, Respondents.

Argued January 10, 1955; decided February 28, 1955.

*Walter E. Dillon* and *Louis Feldman* for appellant.

*Abraham J. Gellinoff* for respondents.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Construction of the Will of CORA E. LEWIS, Deceased. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents; NELLIE S. PLOGER et al., Appellants.

Argued January 7, 1955; decided February 28, 1955.